IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| **MARVIN EUGENE LONG,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:23-CV-00731-LCB |
| | ) |
| **CITY OF SHEFFIELD, ALABAMA,** | ) |
| **COUNTY OF COLBERT, ALABAMA,** | ) |
| **MAX DOTSON, in his individual** | ) |
| **capacity; DANIEL CREWS, in his** | ) |
| **individual capacity; TOMMY MILLS,** | ) |
| **in his individual capacity; BRADLEY** | ) |
| **SKIPWORTH, in his individual** | ) |
| **capacity, TIM VANDERFORD, in his** | ) |
| **Individual capacity; CURTIS BURNS,** | ) |
| **in his individual capacity, BRETT** | ) |
| **EVANS, in his individual capacity;** | ) |
| **CHIEF RICKY TERRY, in his official** | ) |
| **capacity; SHERIFF ERIC** | ) |
| **BALENTINE, in his official capacity,** | ) |
| **TYLER EVANS, in his individual** | ) |
| **capacity; JONATHAN HARKINS, in** | ) |
| **his individual capacity; SHEFFIELD** | ) |
| **POLICE DEPT, COLBERT COUNTY** | ) |
| **SHERIFF'S OFFICE, and MAYOR** | ) |
| **STEVE STANLEY, in his official** | ) |
| **capacity.** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT SHERIFF ERIC BALENTINE'S MOTION TO DISMISS

COMES NOW Defendant Sheriff Eric Balentine and moves this Court to

dismiss the Complaint against him pursuant to Federal Rules of Civil Procedure

1

12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. Defendant has also filed with this Motion a corresponding Memorandum Brief. Defendant moves this Court for dismissal of the claims against him contained in the Complaint based upon the following:

1. Sheriff Eric Balentine is entitled to state absolute immunity as to the state law claims.

2. Sheriff Eric Balentine is entitled to Qualified Immunity as to all federal individual capacity claim.

3. Plaintiff's *Monell* liability claim is inapplicable to Sheriff Balentine.

4. Sheriff Eric Balentine is not liable for any claims because he was not the Sheriff of Colbert County at the time of the incident. As a result, Plaintiff fails to state a plausible claim.

Respectfully submitted this 26th day of June, 2023.

**s/J. Randall McNeill**
J. RANDALL MCNEILL (ASB-4841-E29J)
Attorney for Defendant Sheriff Eric Balentine
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
P.O. Box 238
Montgomery, Alabama 36101-0238
(334) 262-1850 – T
(334) 262-1889 – F
rmcneill@wmwfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of June 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Harry M. Daniels, Esq.
4751 Best Road Suite 490
Atlanta, GA 30337
daniels@harrymdaniels.com

Dr. Roderick Van Daniel, Esq.
1501 15th Avenue South, Suite 34
Birmingham, AL 35205
Roddaniel205@gmail.com

                                        **s/J. Randall McNeill**
                                        OF COUNSEL