FILED
2023 Jun-26 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

**MARVIN EUGENE LONG,**

**Plaintiff,**

**v.** **Civil Action No. 3:23-CV-00731-LCB**

**CITY OF SHEFFIELD, ALABAMA, COUNTY OF COLBERT, ALABAMA, MAX DOTSON, in his individual capacity; DANIEL CREWS, in his individual capacity; TOMMY MILLS, in his individual capacity; BRADLEY SKIPWORTH, in his individual capacity, TIM VANDERFORD, in his Individual capacity; CURTIS BURNS, in his individual capacity, BRETT EVANS, in his individual capacity; CHIEF RICKY TERRY, in his official capacity; SHERIFF ERIC BALENTINE, in his official capacity, TYLER EVANS, in his individual capacity; JONATHAN HARKINS, in his individual capacity; SHEFFIELD POLICE DEPT, COLBERT COUNTY SHERIFF'S OFFICE, and MAYOR STEVE STANLEY, in his official capacity.**

**Defendants.**

**DEFENDANT COLBERT COUNTY, ALABAMA'S MOTION TO DISMISS**

COMES NOW Colbert County, Alabama, a Defendant in the above-styled action, and moves this Honorable Court to dismiss all claims against it pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the following reasons:

1. Colbert County, as a matter of law, cannot be held liable for claims arising from the operation of the sheriff's office.

Respectfully submitted this 26th day of June, 2023.

**s/J. Randall McNeill**
J. RANDALL MCNEILL (ASB-4841-E29J)
Attorney for Defendant Colbert County, Alabama
WEBB MCNEILL WALKER PC
One Commerce Street, Suite 700 (36104)
P.O. Box 238
Montgomery, Alabama 36101-0238
(334) 262-1850 – T
(334) 262-1889 – F
rmcneill@wmwfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 26th day of June 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Harry M. Daniels, Esq.
4751 Best Road Suite 490
Atlanta, GA 30337
daniels@harrymdaniels.com

Dr. Roderick Van Daniel, Esq.
1501 15th Avenue South, Suite 34
Birmingham, AL 35205
Roddaniel205@gmail.com

**s/J. Randall McNeill**
OF COUNSEL